**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-585-RJC-DCK**

| | |
|---|---|
| JESSICA COLAVITA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BOSTON SCIENTIFIC CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Consent Motion To Stay Proceedings" (Document No. 49) filed June 13, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion, with modification.

The undersigned notes that "Defendant's Motion For Summary Judgment" (Document No. 37) has been fully briefed and is ripe for disposition. Moreover, Judge Conrad recently granted the parties' "Joint "Motion To Continue Trial And To Suspend Remaining Pretrial Deadlines" (Document No. 48) and set this matter for trial beginning September 9, 2013. While the Court commends the parties for their efforts to settle this case, under the circumstances, an indefinite stay will not be allowed. Instead, the parties will be required to finalize a settlement agreement within the next thirty (30) days, or begin trial preparations.

**IT IS, THEREFORE, ORDERED** that the parties' "Consent Motion To Stay Proceedings" (Document No. 49) is **GRANTED** with modification, as follows: the parties shall file a Stipulation Of Dismissal on or before **July 17, 2013**.

**SO ORDERED**.

Signed: June 17, 2013

David C. Keesler
United States Magistrate Judge